### 28321. GLENN *et al. v.* STATE REVENUE COMMISSION.

GARDNER, J. This case being controlled (as is admitted by plaintiffs in error) by the decision in *State Revenue Commission* v. *Glenn,* 61 *Ga. App.* 567 (6 S. E. 2d, 384), the judgment of the superior court is

*Affirmed. Broyles, C. J., and MacIntyre, J., concur.*

DECIDED NOVEMBER 14, 1940. REHEARING DENIED NOVEMBER 19, 1940.

*Spalding, Sibley, Troutman & Brock,* for plaintiffs in error.

*B. B. Zellars, Claude Shaw, assistant attorneys-general,* contra.